UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EZ DROP SHIPPING, LLC d/b/a IESP GROUP,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CODY ALFREY, individually, and<br>COORDINATES PPE LLC,<br><br>　　　　　　　　　　　　Defendants. | Civil Case No.:  1:24-cv-522-RML<br><br>**DECLARATION OF SERVICE** |

I, Michael Steinmetz, hereby declare under penalty of perjury:

1. I am a member of the Bar of this Court and am a partner at the firm of Garson, Ségal, Steinmetz, Fladgate LLP, attorneys for Plaintiff, EZ Drop Shipping, LLC d/b/a IESP Group ("Plaintiff") in the above-entitled action.

2. Plaintiff filed a motion for default judgment against all Defendants on June 4, 2024 (Dkt. No. 12)(the "Motion").

3. On August 23, 2024, Magistrate Judge Robert M. Levy issued a report and recommendation to deny the Motion (Dkt. No. 17) (the "Report and Recommendation") and directed Plaintiff to serve a copy of the Report and Recommendation on Defendants "by first-class mail, and to file proof of service with the court."

4. On September 10, 2024, I mailed true and correct copies of the Report and Recommendation upon Defendants via First Class Mail, by depositing true copies of the same in a letterbox under the exclusive control of the United States Postal Service, enclosed in a sealed, prepaid, wrapped enveloped, addressed as follows:

　　Coordinates PPE LLC
　　1620 N US HWY 1 Ste 11
　　Jupiter, Florida 33469

1

Cody Alfrey
1271 Howard Lewis Road
White Plains, Georgia 30678

5. On September 23, 2024, the Court adopted the Report and Recommendation.

Dated:   October 16, 2024
         New York, New York

                                          By: _____/s/ Michael Steinmetz_____
                                                  Michael Steinmetz

2