**EXHIBIT A**

# INVESTMENT AGREEMENT

This INVESTMENT AGREEMENT (this "Agreement") is made as of August 31, 2022 and entered into by and between Yochay Hindy and EZ Drop Shipping, LLC d/b/a IESP Group, ("Investors"), on the one hand, and Coordinates PPE LLC and Cody Alfrey ("Vendors"). Investors and Vendors may be referred to hereinafter collectively as the "Parties," and each individually as a "Party."

1. **Subject of the Investment.** Investors wish to invest in Vendors' transaction related to a certain purchase order from Golden Hills Pharmacy, LLC for the purchase of 196,560 packs of iHealth Covid-19 Antigen Home Test Kits (the "Kits") at a price of $6.50 per unit (the "Purchase Order"). Specifically, Investors wish to fund the sale of 19 of the 26 total pallets which were delivered to the buyer on August 29, 2022 and order on August 17, 2022 (the "Kits Already Delivered").

2. **Investment Amount.** Investors will provide $651,980.00 to Vendors in conjunction with the Kits Already Delivered. Investment inclusive of Product Cost and Freight Charges.

3. **Profit Terms.** Within 60 days of the execution of this Agreement, Vendors agree to deliver to Investors the Investment amount, as well as 50% of the total profit from the Kits Already Delivered, totaling $792,820.00.

4. **Vendors Representations.** Vendors hereby represent to Investors that 19 of the 26 pallets to be delivered to the buyer in relation to the Purchase Order have been delivered to and accepted by the purchaser, and that there is no valid reason for the Kits Already Delivered to be rejected, returned, or the payment therefor to be otherwise disputed.

5. **Failure to Pay.** Should Vendors fail to pay the amounts described in Section 3 within 60 days, Vendors will deliver to Investors an additional 25% of the total profit per month or the relevant portion of the month, in addition to any and all remedies available to Investors.

6. **Personal Guaranty.** Cody Alfrey hereby personally and individually guarantees unconditional full and prompt payment of the sums due under this Agreement should payment not be made pursuant to Section 3 herein.

7. **Counterparts.** This Agreement may be executed in counterparts, each of which is deemed an original, but all of which together are deemed to be one and the same agreement.

SIGNATURE PAGE TO FOLLOW

1

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first written above by their respective officers thereunto duly authorized.

**Investors:**

By _____

Name: Yochay Hindy

By *yaakov ashlem*

Name: Yackov Ashlem

On behalf of: EZ Drop Shipping. LLC d/b/a IESP Group

**COORDINATES PPE, LLC**, a Florida limited liability company

**Vendors:**

By _____

Name: Cody Alfrey

On behalf of: Coordinates PPE LLC

By _____

Name: Cody Alfrey

As Guarantor

STATE OF FLORIDA §
§
COUNTY OF PALM BEACH §

This instrument was acknowledged before me on 08/31, 2022 by Cody Alfrey, Authorized Officer of Coordinates PPE, LLC, a Florida limited liability company, on behalf of said company.

_____
Notary Public in and for the State of Florida

DANIEL FLORES
Notary Public - State of Florida
Commission # HH 073289
My Comm. Expires Dec 17, 2024
Bonded through National Notary Assn.

2



# Invoice

Coordinates PPE LLC
120 N US HWY 1 STE 11
Tequesta, Florida 33469
Phone: 561-330-7195
orders@coordinatesppe.com
PPE Purchases Pay to Account -6905
MMM Purchases Pay to Account -6387
Contract and Escrow Payments to TLF IOLTA Account - 5201

Golden Hills Pharmacy LLC
Robert Hopta
2853 N. University Dr.
Sunrise Florida 33322



| Customer number | Invoice number | Page | Invoice date | Due date |
|---|---|---|---|---|
|  | 1358 | 1 / 1 | 9/2/22 | 10/2/22 |

| Item | Quantity | Unit | Price | Total |
|---|---|---|---|---|
| HEALTH OTC<br>Product to Deliver Week of August 29th 2022<br>Purchase Order Dated August 17th 2022 | 196,560 | 2-Pack | 6.50 | 1,277,640.00 |

| | |
|---|---|
| Total | $1,277,640.00 |
| Paid amount | $0.00 |
| Outstanding amount | $1,277,640.00 |

**Cody A. Alfrey**

Please pay to account Designated Above. Please mark your payment with name and invoice number.

4

**PPE LLC**
1620 N US HWY 1 STE 11, JUPITER, FLORIDA 33469

C/O Cody Alfrey

## Purchase Order

Date: August 17th, 2022

Customer Name: Golden Hills Pharmacy LLC
Customer Address: 2053 N University Dr, Sunrise, Florida 33322
Customer Contact Number: 5615040612
Customer Email: Bob@healthside.com

Shipping Address: Same as above

| Description | Model Number | Quantity | Unit Price | Total |
|---|---|---|---|---|
| iHealth Covid-19 Antigen Home Test Kit | | 196,560 packs | $6.50 | $1,277,640.00 |
| | | | Purchase Total | $1,277,640.00 |

By: _[signature]_____   Date: August 17th, 2022
Golden Hills Pharmacy, LLC

By: _____   Date: _____
PPE, LLC

_CA_

5

WIRING INFORMATION FOR INVESTMENT FUNDING



## COORDINATES PPE, LLC

## WIRING INFORMATION

### (Deposit Account)

Bank of America NA

ACCOUNT NAME:

Coordinates PPE, LLC
1620 N. US HWY 1 Ste 11
Jupiter, FL 33469

ACCOUNT # 898.113.916.387

WIRE RTNG: 026.009.593

BRANCH ADDRESS:

4501 PGA BLVD

PALM BEACH GARDENS, FL 33418

MEMO: _____

_____

*CA*