**EXHIBIT B**

## PPE LLC
1620 N US HWY 1 STE 11, JUPITER, FLORIDA 33469

C/O Cody Alfrey

## Purchase Order

Date: August 17th, 2022

Customer Name: Golden Hills Pharmacy LLC
Customer Address: 2053 N University Dr, Sunrise, Florida 33322
Customer Contact Number: 5615040612
Customer Email: Bob@healthside.com

Shipping Address: Same as above

| Description | Model Number | Quantity | Unit Price | Total |
|---|---|---|---|---|
| iHealth Covid-19 Antigen Home Test Kit | | 196,560 packs | $6.50 | $1,277,640.00 |

Purchase Total: $1,277,640.00

By: _____  Date: August 17th, 2022
Golden Hills Pharmacy, LLC

By: _____  Date: 7/26/2022 - Delivery By Above Date
PPE, LLC                        TERMS: 30 Day Net of Delivery

NOT A CERTIFIED COPY